UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRED CHISOM,<br><br>                Plaintiff,<br><br>   vs.<br><br>STATE OF WASHINGTON<br>DEPARTMENT OF CORRECTIONS,<br><br>                Defendant. | NO.  CV-05-5046-EFS<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed July 15, 2005, the court denied Plaitniff leave to proceed *in forma pauperis* based on 28 U.S.C. § 1915(g).  The Court directed Plaintiff to pay the $250.00 filing fee and warned that failure to do so would be construed as Plaintiff's consent to dismissing this action.  Plaintiff filed nothing further. Accordingly, **IT IS ORDERED** the complaint is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914(a).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this_____25th_____day of August 2005.


                         S/ Edward F. Shea
                          EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 1